FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 26 AM 11: 19

DISTRICT OF UTAH

Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re:<br><br>FRANCIS ALAN LYMAN<br>RACHEL LEWIS LYMAN<br><br>Debtor(s). | Case No. 09-32374<br>Chapter 7<br><br>Judge: R. KIMBALL MOSIER |
|---|---|

## DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and

hereby represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 3 | Eagle Mountain City<br>Parsons Kinghorn Harris<br>Attn: Gerald H. Kinghorn<br>111 East Broadway, 11th Floor<br>SLC UT 84111 | 3.72 |
| 9 | Living Scriptures<br>3625 Harrison Blvd.<br>Ogden, UT 84403 | 1.63 |

A check in the amount of $5.35 representing said funds in payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this 22nd day of April, 2011.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS

was mailed to the following persons by depositing the same in the United States Mail, first-class

postage prepaid or by electronic filing, this 22nd day of April, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

DARREN WATTS
5295 COMMERCE DR., SUTIE 200
MURRAY, UT 84107

_____